UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ANDREW MORRISON,<br><br>    Petitioner,<br><br>    v.<br><br>LOS ANGELES SHERIFF, et al.,<br><br>    Respondents. | No. CV 18-2290-JLS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: October 2, 2018

                                              JOSEPHINE L. STATON
                                              United States District Judge