UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SCOTT ANDREW MORRISON,

    Petitioner,

v.

LOS ANGELES SHERIFF, et al.,

    Respondents.

NO. CV 18-2290-JLS (AGR)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: October 2, 2018

_____
JOSEPHINE L. STATON
United States District Judge